

# Fourth Court of Appeals
## San Antonio, Texas

November 14, 2018

No. 04-18-00847-CV

Joe & Sharon **MINIHAN,**
Appellant

v.

Martin **O'NEILL** and Suzanne O'Neill, Individually and In Her Capacity and Independent
Executor of the Estate of Richard Wayne Bendele, Deceased,
Appellees'

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-15-0000423
James L. Rex, Judge Presiding

## O R D E R

Appellant's motion for an extension of time to file a notice of appeal is granted. We order the appellant's notice of appeal, if any, due November 30, 2018.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court